## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PAUL M. WEEKS**                                                          **PLAINTIFFS**
**ADC # 156938**

**JOSEPH R. MCBROOME**
**ADC # 652634**

**JON D. BROWNING**
**ADC # 160176**

**V.**                          **Case No. 5:15CV00161 JLH/BD**

**GERALD ROBINSON, et al.**                                       **DEFENDANTS**
                          <u>**ORDER**</u>

  Plaintiff Jon D. Browning's and Joseph McBroome's mail has been returned to the

Court as undeliverable.  (Docket entries # 22, #23, #24)  A plaintiff who is proceeding

*pro se* must promptly notify the Clerk and other parties of any change in his or her

address.  Local Rule 5.5(c)(2).  Therefore, Mr. Browning and Mr. McBroome are each

directed to notify the Court of their new addresses within thirty days of entry of this order.

Failure to comply with this Order may result in dismissal of this lawsuit under Local Rule

5.5(c)(2).

  IT IS SO ORDERED, this 28th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE