**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

PAUL M. WEEKS, ADC # 156938;                                                                      PLAINTIFFS
JOSEPH R. MCBROOME, ADC # 652634;
and JON D. BROWNING, ADC # 160176

v.                                            No. 5:15CV00161 JLH/BD

GERALD ROBINSON, et al.                                                                          DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Browning's claims are dismissed, without prejudice.

IT IS SO ORDERED this 11th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE